FILED
CLERK U.S. DISTRICT COURT

OCT - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LEE DEXTER,<br><br>    Petitioner,<br><br>    v.<br><br>K. HARRINGTON, Warden,<br><br>    Respondent. | NO. ED CV 09-558-AG(E)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner, and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: SEPT 29, 2009.

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE