FILED
CLERK, U.S. DISTRICT COURT

OCT - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL LEE DEXTER, | ) | NO. ED CV 09-558-AG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| K. HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: Sept 29, 2009.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE